John D. Kaufman Fax, Tucson, AZ, for Defendant–Appellant.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Mark Warner PEACOCK, Defendant— Appellant.**

No. 03–10402.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 22, 2005.

Before: REINHARDT, RYMER, and HAWKINS, Circuit Judges.

MEMORANDUM **

Mark Warner Peacock appeals his jury-trial conviction and 84–month sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Peacock contends that the district court erred in determining there was probable cause for his arrest and that as a result, he was entitled to suppression of all evidence seized after his arrest. We disagree. The underlying facts support the officer's belief that there was a fair probability that Peacock was purchasing a firearm for a known felon. *See United States v. Mayo,* 394 F.3d 1271, 1276 (9th Cir.2005). Because the arrest was lawful, the district court

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

properly denied the motion to suppress evidence, and we affirm his conviction. *See United States v. Barrera–Medina*, 2005 WL 1620504 at *2–3 (9th Cir. July 7, 2005).

We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).[1]

CONVICTION AFFIRMED; SENTENCE REMANDED.

---

1. Appellant's July 30, 2005, motion to consider *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), is denied.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.